

FILED
CLERK, U.S. DISTRICT COURT
04/08/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER 5:25-mj-00183 |
|---|---|
| PLAINTIFF(S) | 3:25-mj-05 |
| v. | |
| JUAN CARLOS VARGAS | **DECLARATION RE OUT-OF-DISTRICT WARRANT** |
| DEFENDANT(S). | |

The above-named defendant was charged by: Christopher Page
in the Eastern District of Virgina on April 8, 2025
at 5:40 [x] a.m. / [ ] p.m. The offense was allegedly committed on or about March 28, 2022 - August 11, 2023
in violation of Title 21 U.S.C., Section(s) 846 & 841
to wit: Conspiracy to Possess with the Intent to Distribute 50 Kilograms or More of Marijuana

A warrant for defendant's arrest was issued by: Hon, Summer L. Speight

Bond of $ _____ was [ ] set / [ ] recommended.

Type of Bond:

Relevant document(s) on hand (attach): Criminal Compliant
Arrest Warrant

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    4/8/25
                 Date

| JULIUS J GARCIA JR  Digitally signed by JULIUS J GARCIA JR Date: 2025.04.08 07:41:29 -07'00' | Julius Garcia |
|---|---|
| Signature of Agent | Print Name of Agent |

| HSI | Special Agent |
|---|---|
| Agency | Title |